# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**845**

**CAF 10-01327**

PRESENT: SCUDDER, P.J., SMITH, CARNI, GREEN, AND MARTOCHE, JJ.

---

IN THE MATTER OF JULIAN S. AND VALERY S.
------------------------------------------------
NIAGARA COUNTY DEPARTMENT OF SOCIAL SERVICES,
PETITIONER-RESPONDENT;                                              ORDER

MEGAN S., RESPONDENT,
AND DENNIS S., RESPONDENT-APPELLANT.

---

DAVID J. FARRUGIA, PUBLIC DEFENDER, LOCKPORT (MARY-JEAN BOWMAN OF
COUNSEL), FOR RESPONDENT-APPELLANT.

---

　　　Appeal from an order of the Family Court, Niagara County (David
E. Seaman, J.), entered June 7, 2010 in a proceeding pursuant to
Family Court Act article 10.  The order, among other things, adjudged
that respondents had neglected the subject children.

　　　It is hereby ORDERED that the order so appealed from is
unanimously affirmed without costs.

Entered:  July 1, 2011                                    Patricia L. Morgan
                                                          Clerk of the Court